UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 24-cv-24868-DPG

JAMES WATSON,

     Plaintiff,

v.

PRECISE MEDICAL SPA, CORP.,

     Defendant.

_____/

## DEFAULT FINAL JUDGMENT

THIS MATTER comes before the Court upon the Plaintiff's Verified Motion for Default Final Judgment and Application for Attorney's Fees, Costs, Expert Witness Fees, and Litigation Expenses [ECF No. 13]. The Court granted the Motion on April 3, 2025. [ECF No. 14]. The Court being duly advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that a Default Final Judgment is hereby entered in favor of Plaintiff James Watson ("Plaintiff") and against Defendant Precise Medical Spa, Corp ("Defendant") in the form of injunctive relief. Defendant has violated the Americans with Disabilities Act ("ADA"), and Defendant shall remove the ADA violations constituting barriers to access of Defendant's public accommodation by and through Defendant's Website. Accordingly, Defendant shall:

    a. Alter its Website to make it accessible to and useable by individuals with disabilities to the full extent required by Title III of the ADA;

    b. Provide the appropriate auxiliary aids such that individuals with vision impairments will be able to effectively communicate with its Website;

1

c.  Provide an alternative method for individuals to effectively communicate so that disabled individuals are not impeded from obtaining goods and services available to the public on Defendant's Website;

d.  Evaluate and neutralize their policies and procedures towards persons with disabilities for such reasonable time so as to allow Defendant to undertake and complete corrective procedures;

e.  Continually update and maintain its Website to ensure that it remains fully accessible to and usable by visually impaired individuals;

f.  Pay Plaintiff's attorney's fees, costs and litigation expenses pursuant to 42 U.S.C. Section §12205; and,

g.  Provide such other relief that the Court deems just and proper, and/or is allowable under Title III of the Americans with Disabilities Act.

It is further **ORDERED AND ADJUDGED** that Plaintiff is entitled to reasonable attorney's fees and costs, pursuant to 42 U.S.C. §§ 12205 and 12217, in the amount of **$5,511.50.** The Defendant shall comply with the terms of this Final Judgment within ninety (90) days of entry of this Judgment.

DONE AND ORDERED in Miami, Florida, this 3rd day of April, 2025.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

2